DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES KIGAR,**
Appellant,

v.

**BEIGHLEY, MYRICK, UDELL & LYNNE,** a Florida professional association, and **JEFFREY LYNNE, ESQ.,** individually,
Appellees.

No. 4D21-3160

[June 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2018-CA-011787-XXXX-MB.

David A. Frankel of the Law Offices of David A. Frankel, P.A., Hollywood, for appellant.

Houston S. Park, III, Andrew M. Feldman and Charles G. Short of Klein Park & Lowe, P.L., Miami, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***